Rev. 7/06
CO Hab Corp
AO 241 amd.

APR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_Brian Patterson_
NAME (Under which you were convicted)

_299884_
PRISON NUMBER

_Saint Elizabeths Pavilion_
PLACE OF CONFINEMENT/ADDRESS
_Ward 9_
_2700 M.L.K. Ave, SE_
_Washington, DC 20032_

_Brian Lee Patterson_ )
(Full Name)      Petitioner    )
                              )
                              )    Case: 1:07-cv-00669
      v.                      )    Assigned To : Friedman, Paul L.
                              )    Assign. Date : 4/12/2007
                              )    Description: Patterson v. USA
_United States of America_ )
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
              Respondent      )

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

4.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

7.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: _Superior Court of the District of Columbia_
    _500 Indiana Ave, N.W._
    _Washington, D.C. 20001_

2.  (a) Date of the sentence (or detention): _March 6, 2007_

3.  Length of sentence: _Threatened with indefinite imprisonment._

4.  Nature of offense involved (all counts): _Unlawful Entry - 2 Counts_
    _Contempt of Court - 1 Count_

5.  (a) What was your plea? (Check one):
    ☑ Not guilty
    ☐ Guilty
    ☐ Nolo Contendere (no contest)
    ☐ Insanity

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: N/A

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☐ Yes
   ☒ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: N/A
       (2) Nature of the proceedings: N/A

       (3) Grounds raised: N/A

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☒ No
       (5) Result: N/A
       (6) Date of result: N/A

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: N/A
       (2) Nature of the proceedings: N/A

       (3) Grounds raised: N/A

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☒ No
       (5) Result: N/A

      (6)    Date of result: _N/A_

(c) As to any third petition, application, or motion, give the same information:
    (1)    Name of Court: _N/A_
    (2)    Nature of the proceedings: _N/A_

    (3)    Grounds raised: _N/A_

    (4)    Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes
        ☒ No
    (5)    Result: _N/A_
    (6)    Date of result: _N/A_

(d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
    (1)    First petition, etc."
        ☐ Yes
        ☒ No
    (2)    Second petition, etc.:
        ☐ Yes
        ☒ No
    (3)    Third petition, etc.:
        ☐ Yes
        ☒ No

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _N/A In filing this Petition, it is believed by the Petitioner, in retrospect to Court actions, that there is an absence of available state or district corrective process and otherwise-by delay for the relief of the Petitioner, will prolong further harm and endangerment._

8. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A. GROUND ONE: "Arbitration misconduct" violating official oath made mandatory [under the Supremacy Clause]
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: Superior Court Judge John McAdams Mott, District of Columbia, in violation of his official oath under the "Supremacy Clause" to the United States Constitution, failed to act properly as "arbiter" of the Court to exercise and ensure equitable balance of the "Fair Adversarial Process". The Petitioner, Mr. Bliss Patterson, appearing "Pro-Se" in cases 2006 CMD 3239 and 2006 CMD 16945, has been compromised defensively and exploited to improper pressure and unjust demands which have endangered his life and violated the "Bill of Rights" and "Equal Protection" afforded him by the Federal Constitution. Due process of law has been subverted and a forced disposition exacted upon the Petitioner in deprivation of his liberties and in defamation of his character.

B. GROUND TWO: Inadequate or Ineffective assistance of Counsel
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: From the outset of these cases and up until September 12, 2006, the Petitioner was coerced to comply with ineffective appointed Counsel. Circumstances giving rise to prejudicial conflict of interests between the Petitioner and Petitioners Counsel were prevalent. Inadequacy of appointed Counsels representation of the Petitioner concerning competency argument, speedy trial and related matters, were all manifest "Obstructions of Justice". As reflected by the Defendants (Petitioners) case file, appointed Counsels conduct failed to meet a requirement of "Reasonable Professional Assistance" and that of "Reasonably Effective Assistance" defined as reasonableness under prevailing professional norms.

C. GROUND THREE: Malicious targeting of the 3 basic demands of Criminal Justice.
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: Petitioner has become the victim of malicious wounding, defamation of character and deprivation of liberties as a consequence of injustice, resultant from bias against the Petitioner, a scheme to perpetrate fraud in order to frame an illusion pursuant to manipulate trial of the Petitioner for conviction. In a "Surmounting Synchronized Siege", an extreme suppression of the Petitioners rights has been committed. The Superior Court of the District of Columbia judicial system, in collaboration with United States attorneys, have engaged in illtreatment covertly through misconduct, operating outside the boundaries of the United States Constitution, executing inhumane acts in further violation of International Law and consequently polluting the Petitioners cases to his harm and endangerment. Misconduct and violations of mandatory oath under the "Supremacy Clause" of the Federal Constitution, against the Petitioner in these cases, are resemblant to a campaign of military force and violence mounted to subdue the Petitioner contrary to administration of law and justice.

D.   GROUND FOUR: Obstruction of Justice Through Abuse of Power.
   (a)   Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: As a consequence of Arbitration misconduct, Ineffective Assistance of Counsel, and malicious Targeting the Petitioner and the laws that protect the Petitioner, to the detriment of the Petitioner in this case, these accumulative infractions of Federal Constitutional law have deliberately interfered with the Petitioners defense position. Further damages and elevating radical extremes against the Petitioner, on march 1, 2007, the Court under Judge John Ramsey Johnson, in an unannounced involuntary commitment hearing, unjustly persecuted the petitioner, falsely accusing him of incompetence. On march 6, 2007, the Court extending its "Character Assassination" threat against the petitioner, declared the Petitioner incompetent and ordered a commitment to St. Elizabeths Pavilion for behavior profiling and evaluation.

9.   If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: Ground 12(A), "Arbitration Misconduct," was not previously presented due to relevant procedures of review by a higher Court. Ground 12(B), "malicious Targeting of the law," was not specifically discussed with the Court as a used of suppression. Ground 12(C), "Obstruction of Justice," would have been considered "moot" to the Court and exposed the Petitioner to further measures of hostility and retaliation.

10.   Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
        ☐  Yes
        ☒  No

   (a)   If so, give the name and location of the court and case number, if known: N/A

11.   Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
        ☐  Yes
        ☒  No

   (a)   If so, give name and location of court which imposed sentence to be served in the future: N/A

(b) And give date and length of sentence to be served in future: ____N/A____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    ☐ Yes
    ☒ No  N/A


Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Petitioner's Signature

March 31, 2007
Date

United States District Court
For The District of Columbia

Brian Patterson

V.

United States of America

Civil Action NO.: _____
(To be filled in by Clerk)

Addendum To Petition For Writ of Habeas Corpus of Supporting Grounds And Facts

    Petitioner, Mr. Brian Lee Patterson, comes now in the filing of this Petition For Writ of Habeas Corpus and includes for submission, these additional grounds and facts, considered of necessary means for the full achievement of inquiry made by the Court.

    In support of this Petition, the Petitioner provides the following:

Page 2                                                    Petition For Writ

1. The Petitioner provides a list of all motions filed with the Superior Court of the District of Columbia since the inception of cases 2006 CMD 3239 and 2006 CMD 6945. These motions are absolute and significant in support of grounds A through D (1-4) as provided on the application by the Petitioner.

    a) "Motion For Court To Recuse From Cases", filed June 2, 2006.

    b) "Motion To Dismiss", filed June 27, 2006.

    c) "Motion To Clarify The Record", filed June 27, 2006.

    d) "Motion To Reconsider New Trial Date", filed in Court September 18, 2006.

    e) "Motion To Reconsider Denial of Defendants Oral Motion To Continue Trial", filed September 18, 2006.

    f) "Under The Sixth Amendment To The United States Constitution Defendants 'Pro-Se' Advisement To Court Of The Enactment To Dismiss Assistant Counsel", filed November, 2006.

    g) "Addendum To Defendants 'Pro-Se' Advisement To Court Of The Enactment To Dismiss Assistant Counsel", filed in Court February, 2006.

    h) "Motion To Withdraw As Appointed Stand-by Counsel", filed November 28, 2006.

    i) "Motion To Dismiss Occurring As A Consequence of Systemic Malpractice In Violation of The Federal Constitution", filed in Court February 2, 2007.

(Addendum) Petition For Writ of Habeas Corpus: 3/31/07

Page 3                                          Petition For Writ

2. In addition to D. Ground Four (a) of the Petition, "Obstruction of Justice Through Abuse Of Power", the Petitioner has been prohibited all access for defense building, severing all his rights in violation of Constitutional Authority and robbing him of his identity in a travesty of justice. The impediments illegal, the petitioner has been further exploited to hazardous environmental and abusive conditions at the current place of confinement. The Courts disposition is clearly hostile towards the Petitioner and his rights. Subsequently the Courts decision to humiliate and destabilize the Petitioner has evoked extended opportunity for the prosecution to further their cause of rampant malicious prosecution.

(a) The petitioners prior record and present status have clearly substantiated his intellect, his cognizance of charges against him, court proceedings, defensive position and he has been absolutely respectful and cooperative with the Court. These abusive elements of discord, adversely effecting the best interests of the Petitioner and in violation of Federal Constitutional Authority, as well as being contrary to the values of this nation, have inconspicuously aided in the discrimination, abuse and forced disposition of the Petitioner. Seeking to preclude fair trial proceedings and establish an interrogative position to pressure the Petitioner into making and otherwise induce incriminating statements that may be subsequently used against the petitioner at trial, and which could result in the Petitioners conviction, clearly violates Federal Constitutional Protection afforded the Petitioner. Any trial of the Petitioner, as a result of these prevailing circumstances, cannot be relied upon as having produced a just result.

(Addendum) Petition For Writ of Habeas Corpus: 3/31/02

Wherefore, in consideration of all the information inclusive, Petitioner Brian Lee Patterson, prays that the Court grant Petitioner emergency dismissal and or relief to which he may be entitled in this proceeding.

March 31, 2007

                                                                _B.L. Patterson_
                                                                   Petitioner

(Addendum) Petition For Writ of Habeas Corpus: 3/31/07 BLP

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

07-669
PLF

## I (a) PLAINTIFFS

Brian Patterson

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

USA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE T[...]

Case: 1:07-cv-00669
Assigned To : Friedman, Paul L.
Assign. Date : 4/12/2007
Description: Patterson v. USA

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN [...]
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act