UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BRIAN PATTERSON,                    )
                                    )
    Petitioner,                     )
                                    )
    v.                              )    Civil Action No. 07-0669 (PLF)
                                    )
UNITED STATES OF AMERICA,           )
                                    )
    Respondent.                     )
_____)

ORDER

    For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

    ORDERED that the petition is DENIED; it is

    FURTHER ORDERED that any pending motions are DENIED as moot; and it is

    FURTHER ORDERED that this case is DISMISSED for lack of jurisdiction and is removed from the docket of this Court. This is a final appealable Order. See Rule 4(a), Fed. R. App. P.

    SO ORDERED.


                                          _____/s/_____
                                          PAUL L. FRIEDMAN
                                          United States District Judge

DATE: June 18, 2007

Copies to:

Brian Patterson
Saint Elizabeths Pavilion
Ward 9
2700 Martin Luther King, Jr. Avenue SE
Washington, DC 20032

<u>Petitioner</u>


United States Attorney's Office
555 4th Street N.W.
Washington, D.C. 20001

<u>Counsel for Respondents</u>